PER CURIAM.
 

 The Tree Commission of the City of Key West seeks a writ of certiorari directed to a Monroe County Circuit Court order granting certiorari with respect to a Special Magistrate’s verbal ruling on a discovery issue. We grant the Commission’s petition; the circuit court had no jurisdiction to review an oral order.
 
 See
 
 Fla. RApp. P. 9.100(c)(1) (time for petition for certiorari runs from rendition of an order); Fla. R. Civ. P. 1.630 (same); Fla. R.App. P. 9.020(h) (defining “rendition”). Based on the Magistrate’s comments at the hearing, the Magistrate’s view may have been that if the Magistrate conducts a trial de novo, then the claim of error before the Tree Commission is immaterial. The Magistrate should enter a written order, and without it, the circuit court has no jurisdiction.
 

 Petition granted; order quashed.